# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELAINE L. CHAO,<br>Secretary of Labor, United States Department of Labor,<br>　　　　Plaintiff,<br><br>　-vs-<br><br>BIG RIDGE, INC., d/b/a WILLOW LAKE MINE,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　NO. 07-708-CJP<br>)<br>)<br>)<br>)<br>) |

# JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed in accordance with an Order entered by United States Magistrate Judge Clifford J. Proud on March 24, 2009, (Doc. 44).

**DATED** this 24th st day of March, 2009

　　　　　　　　　　　　　　　　　　　　**JUSTINE FLANAGAN, ACTING CLERK**

　　　　　　　　　　　　　　　　　　　　**BY: S/ Angela Vehlewald**
　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**Approved by　　S/ Clifford J. Proud**
　　　　　**United States Magistrate Judge**
　　　　　　　**Clifford J. Proud**